**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA, Plaintiff** | **CIVIL DOCKET NO. 3:25-CV-01451** |
| **VERSUS** | **DISTRICT JUDGE EDWARDS** |
| **LAND OUACHITA PARISH ET AL, Defendant** | **MAGISTRATE JUDGE PEREZ-MONTES** |

# J U D G M E N T

For the reasons contained in the Report and Recommendation (ECF No. 40) of the Magistrate Judge previously filed herein, noting the absence of objections thereto, concurring with the Magistrate Judge's findings under the applicable law, and observing that the Movant William Roark ("Roark") has recently been named as a Defendant in the Government's most recent Amended Complaint (ECF No. 43);

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion to Intervene as a Party in Interest, Answer Asserting Compensable Interest, and Objection to Adequacy of Deposit and Schedule (ECF No. 29) filed by Roark is DENIED AS MOOT and DISMISSED WITHOUT PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 1st day of October 2026.

JUDGE JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE